

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

William Camden Black,                 * From the County Court at Law
of Taylor County,
Trial Court No. 1-775-21.

Vs. No. 11-22-00334-CR              * June 20, 2024

The State of Texas,                   * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.